**B6A (Official Form 6A) (12/07)**

In re ___Melody Oyewale Adeniyi___,    Case No. ___11-48729___
          Debtor                                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

In re _____Melody Oyewale Adeniyi_____ ,     Case No. ____11-48729____
              **Debtor**                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHASE BANK AND US BANK - CHICAGO, IL. | | 22.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | MAPLE CRAIN LLC REAL ESTATE CO. - CHICAGO, IL. $1,095.00 & NICOR GAS $100. | | 1,195.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Three bedroom of furnishing w/ 2 TV AND TABLES AND ECT. | | 1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING FOR MESELF AND MY 5 KIDS | | 1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re Melody Oyewale Adeniyi       ,       Case No. 11-48729
       Debtor                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

In re _____Melody Oyewale Adeniyi_____,  Case No. _____11-48729_____
              Debtor                                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                    __2__ continuation sheets attached   Total➤   $3,717.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re _____Melody Oyewale Adeniyi_____,         Case No. ___11-48729___
              Debtor                                                         (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $136,875.
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

B6D (Official Form 6D) (12/07)

In re _____Melody Oyewale Adeniyi_____,    Case No. _____11-48729_____
               Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10M1119240 Cook Law Magistrate 50 West Washington - Richard J. Daley Chicago, IL. 60602 | | | Civil Judgement - June 28, 2010 w/ Turner Acceptance Corp. VALUE $6,974.00 | | | | 6,974.00 | 0.00 |
| ACCOUNT 9M1151455 Cook Law Magistrate 50 West Washington - Richard J. Daley Chicago, IL. 60602 | | | Civil Judgement - December 22, 2009 w/ Resurrection Health Care VALUE $7,510.00 | | | | 7,510.00 | 0.00 |
| ACCOUNT NO. 7M65368 Cook Law Magistrate - MA 165501 S. Kedzie Avenue - Room 119 Markham, IL. 60426 | | | Civil Judgement - January 16, 2008 - Medical Emergency Physician - Michael Naughton VALUE $1,741.00 | | | | 1,741.00 | 0.00 |

___ continuation sheets attached

Subtotal ▶ (Total of this page)    $ 16,225.00    $ 0.00

Total ▶ (Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) -- Cont.** 2

In re ____Melody Oyewale Adeniyi____,    Case No. ____11-48729____
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1480<br>AAA Community Finance<br>PO Box 190<br>Bethalto, IL. 62010 | | | July 17, 2011 - Wage Assignment of Wages and acct # 1800<br><br>VALUE $ 2,826.84 | | | | 2,826.84 | 0.00 |
| ACCOUNT NO. 9914<br>Maple Crain, LLC<br>Law Office of Steven Fine<br>53 West Jackson Blvd. Ste -1260<br>Chicago, IL. 60604 | | | December, 2011 - Judgement for Eviction of 1147 Maple #3, Evanston, IL. 60202<br><br>VALUE $ 2,745.60 | | | | 2,745.60 | 0.00 |
| ACCOUNT NO. 11 M1 167204<br>Kimberly Weissman<br>Attorney for Resurrection Health Care Corp.<br>633 Skokie Blvd. Suite 400<br>Northbrook, IL. 60062 | | | December 5, 20111 - Judgement for 1147 Maple, Evanston, IL. 60202 for Resurrection Health Care Corp.<br><br>VALUE $ 18,472.72 | | | | 18,472.72 | 0.00 |
| ACCOUNT NO. 11M1-660997<br>Arnold Scott Harris, P.C.<br>Attorney for Plaintiff -City of Chicago - Suite 1932<br>222 Merchandise Mart Plaz<br>Chicago, IL. 60654 | | | August 31, 2011 - Judgement<br><br>VALUE $ 1,200 | | | | 1,200.00 | 0.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no _2_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶ (Total(s) of this page)　　$ 25,245.16　　$ 0.00

Total(s) ▶ (Use only on last page)　　$ 41,470.16　　$ 0.00

(Report also on Summary of Schedules.)　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re _____Melody Oyewale Adeniyi_____ ,          Case No. _____11-48729_____
                     **Debtor**                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re _____Melody Oyewale Adeniyi_____ ,    Case No. _____11-48729_____
                     **Debtor**                                                                                              **(if known)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                __1__ continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re Melody Oyewale Adeniyi,    Case No. 11-48729
Debtor                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 87841000<br>Sallie Mae<br>POB 9500<br>Wilkes-Barre, PA. 18773-9500 | | | November 20, 2011 - Student Loans | | | | 9,058.21 | 9,058.21 | 0.00 |
| Account No. 901496<br>University Of Phoenix<br>4615 E. Elwood Street<br>Phoenix, AZ. 85040 | | | November, 2011 - Student Loan | | | | 3,462.00 | 3,462.00 | 0.00 |
| Account No. 124769<br>U.S.DEPT.OF ED - DIRECT LOAN<br>PO Box 5609<br>Greenville, TX. 75403 | | | September 2011 - Student Loan | | | | 14,478.00 | 14,478.00 | 0.00 |
| Account No. | | | | | | | | | |

Sheet no. 2 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals► (Totals of this page)   $26,998.21   $26,998.21

Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $26,998.21

Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $26,998.21   $0.00

B6F (Official Form 6F) (12/07)

In re  Melody Oyewale Adeniyi      ,    Case No.  11-48729
       Debtor                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10150552<br>Medical Recovery Specialists, LLC<br>2250 East Devon Avenue - Suite 352<br>Des Plaines, IL. 60016 | | | December 12, 2012 - Multi Invoices for Medical/Ambulance Services - Childrens Memorial Hospital | | | | 2,019.37 |
| ACCOUNT NO.  7101452800<br>Devon Financial Services Inc.<br>6414 North Western Avenue<br>Chicago, IL. 60645 | | | August 22, 2011 - Payday Loan | | | | 1,000.00 |
| ACCOUNT NO.  13237843<br>Illinois Collection Services Inc.<br>PO Box 1010<br>Tinely Park, IL. 60477-9110 | | | July 26, 2011 - Saint Francis Hospital / Medical bill | | | | 634.31 |
| ACCOUNT NO.  309592<br>The Pediatric faculty Foundation<br>P.O. Box 4051<br>Carol Stream, IL. 60197-4051 | | | August, 2011 - Medical Bills & Co-Pays for family - Multi Invocies | | | | 240.40 |
| | | | | | | Subtotal➤ | $ 3,894.08 |
| ____ continuation sheets attached | | | | | | Total➤<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re Melody Oyewale Adeniyi                    ,          Case No.         11-48729
         Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 39337<br>Van Ru Credit Corporation<br>11745 West Bradley Road<br>Milwaukee, WI. 53224-2531 | | | November 10, 2011 - Turner Acceptance Corp. - Client Account # 017-002217 LIISTED UNDER JUDGEMENTS ALREADY | | | | 0.00 |
| ACCOUNT NO. 051011-8715<br>Harris & Harris, Ltd.<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL. 60654 | | | July 5, 2011 - Northwestern Memorial Physicians Group bill | | | | 29.30 |
| ACCOUNT NO. G1116600126<br>Saint Francis Hospital - Evanston<br>62406 Collection Center Dr.<br>Chicago, IL. 60693-0624 | | | September, 2011 - Multi Medical Bill Co-Pays & Balances for family | | | | 626.72 |
| ACCOUNT NO. 47739373<br>IHC-St. Francis Emergency Phys LLC<br>PO Box 3261<br>Milwaukee, WI. | | | November, 2011 - Multi Statements for Services for family | | | | 126.19 |
| ACCOUNT NO. 5142653180<br>City of Chicago Department of Revenue | | | October 9, 2011 - Parking Ticket, Fine & Fee / Multi Tickets- Plate # A450129 | | | | 1,500.00 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 2,282.21

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re _____Melody Oyewale Adeniyi_____,    Case No. _____11-48729_____
Debtor    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 18-61-53-3356 6<br>Nicor<br>PO Box 0632<br>Aurora, IL. 60507-0632 | | | December 2, 2011 - Utility Bill | | | | 280.00 |
| ACCOUNT NO. 1775699058<br>Com Ed<br>PO Box 6111<br>Carol Stream, IL. 60197-6111 | | | December 27, 2011 - Utility Bill | | | | 489.49 |
| ACCOUNT NO. 396718<br>NorthWestern Memorial Physicians Group<br>75 Remittance Drive #1293<br>Chicago, IL. 60675-1293 | | | November 28, 2011 - Multi Medical Bills & Co-Pays for family | | | | 643.35 |
| ACCOUNT NO. 1188069<br>Childrens Surgical Foundation<br>777 OakMont Lane, Suite 1600<br>C/O KLO Professional Billing<br>Westmont, IL. 60559 | | | August 2, 2011 - Eye Exam Co - Pay | | | | 71.24 |
| ACCOUNT NO. 1116600126<br>Illinois Collection Service Inc.<br>PO Box 1010<br>Tinley Park, IL. 60477-9110 | | | November 14, 2011 - Saint Francis Hospital | | | | 107.10 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 1,591.18

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Melody Oyewale Adeniyi__,                    Case No. __11-48729__
　　　　　　　Debtor                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. G1116600127<br>Saint Francis Hospital - Evanston<br>PO Box 220283<br>Chicago, IL. 60622-0283 | | | November 9, 2011 - Resurrection Health Care Bills & Co-Pays/ Multi Invoices | | | | 415.78 |
| ACCOUNT NO. 16978852<br>NATIONWIDE CREDIT CORP.<br>ONNACC01<br>PO Box 1022<br>Wixom, MI. 60202-4214 | | | August 5, 2011 - Multi Invoices # Dd9392,Bz0635 | | | | 716.42 |
| ACCOUNT NO. 9914<br>Avanteusa<br>2950 S. Gessner Rd, Suite 265<br>Houston, Texas 77063 | | | September 20, 2011 - Payday Loan | | | | 1,138.60 |
| ACCOUNT NO. 2038574<br>ILL.Dept. Of Employment Security<br>Benefit Repayments<br>P.O. Box 19286<br>Springfield, IL. 62794-9286 | | | September 30, 2011 | | | | 924.04 |
| ACCOUNT NO. PD005-598<br>Harvard Collection Services, Inc.<br>4839 North Elston Avenue<br>Chicago, IL. 60630-2534 | | | September 15, 2011 - Payday Loan | | | | 1,056.45 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 4,251.29

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Melody Oyewale Adeniyi__,    Case No. __11-48729__
    Debtor    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9914<br>ChexSystems<br>7805 Hudson Road<br>Woodbury, MN. 55125 | | | December, 2011 | | | | 700.00 |
| ACCOUNT NO. 9914<br>Telecheck<br>5251 Westheiner Road<br>Houston, TX. 77056-5499 | | | December, 2011 | | | | 776.00 |
| ACCOUNT NO. 9914<br>Certegy<br>100 2nd Avenue - South<br>St. Peterbury, FL. 33701 | | | December, 2011 | | | | 540.00 |
| ACCOUNT NO. 37432299965<br>Bank of America<br>P O Box 982238<br>El Paso, TX. 79998-2238 | | | April 24, 2009 - Charge Off Balance | | | | 1,966.00 |
| ACCOUNT NO. 114289<br>Chase/Bank One Card<br>PO Box 15298<br>Wilmington, DE. 19850 | | | April 19, 2010 - ChargeOff Balance | | | | 1,591.00 |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 5,573.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Melody Oyewale Adeniyi  ,   Case No.  11-48729
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8185954<br>GECRB/CARE CREDIT<br>C/O PO Box 965036<br>Orlando, FL. 32896-5036 | | | November 16, 2011 | | | | 2,600.00 |
| ACCOUNT NO. 3001383<br>Tribute<br>POB 105555<br>Atlanta, GA. 30348-5555 | | | November 1, 2008 - Credit Card Balance | | | | 844.00 |
| ACCOUNT NO. 30172QQQ<br>American Medical Collection<br>2269 Saw Mill River Road<br>Elmsford, NY 10523 | | | December 7, 2011 - Medical | | | | 348.00 |
| ACCOUNT NO. 3854<br>Asset Acceptance LLC<br>PO Box 1630<br>Warren, MI. 48090-1630 | | | December 4, 2011 - Bally Total Fitness Bill | | | | 114.00 |
| ACCOUNT NO. 3969<br>CMI<br>4200 International Parkway<br>Carrollton, TX. 75007-1912 | | | July 17, 2009 - Comcast | | | | 291.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 4,197.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Melody Oyewale Adeniyi ,  Case No. 11-48729
    Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. C23879C2<br>Creditors Discount & Aud<br>PO Box 213<br>Streator, IL. 61364-0213 | | | November 5, 2008 - Medical | | | | 198.00 |
| ACCOUNT NO. 1117<br>FFCC-COLUMBUS<br>PO Box 20790<br>Columbus, OH. 43220 | | | August 2, 2011 - Medical/ Health Care | | | | 4,750.00 |
| ACCOUNT NO. 78475<br>Grant & Weber Nevada<br>861 Coronado Center - Suite 211<br>Henderson, NV. 89052 | | | July 15, 2011 - Medical Bills and Co-Pay for Saint Francis - also Acct. # 76491 & 76617 | | | | 834.00 |
| ACCOUNT NO. 853202<br>Midland Credit Management Inc.<br>8875 Aero Dr. - Suite 200<br>San Diego, CA. 92123 | | | August 16, 2011 - Master Card w/Tribute | | | | 964.00 |
| ACCOUNT NO. 7811084<br>MRSI<br>2250 E. DEVON AVENUE - SUITE 352<br>Des Plaines, IL. 60018 | | | April, 2011 - Ambulance Service | | | | 135.00 |

Sheet no.___of___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 6,881.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Melody Oyewale Adeniyi__,    Case No. __11-48729__
　　　　　　Debtor　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 564700056 <br> Sunrise Credit Services <br> 234 Airport Plaza Blvd. - Suite 4 <br> Farmingdale, NY. 11735 | | | December, 2011 - T-Mobile Bill | | | | 3,300 |
| ACCOUNT NO. 9914 <br> Citi Bank <br> Chicago, IL. 60614 | | | December, 2011 - Balance and Fee | | | | 15.00 |
| ACCOUNT NO. 9914 <br> Towing Company <br> Chicago, IL. | | | December, 2011 - Vehical Towed from school. Total Fee for Storage of Ford License Plate #A450129 | | | | 3,000 |
| ACCOUNT NO. 9914 <br> CWB Group <br> St. Armands | | | December, 2011 | | | | 600.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no.___of___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 6,915.00

Total▶ $ 35,584.26
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re ____Melody Oyewale Adeniyi____,    Case No.____11-48729____
          Debtor                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |
|   |   |

In re _____Melody Oyewale Adeniyi_____ ,        Case No. _____11-48729_____
                       **Debtor**                                                            **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |